
FILED IN OPEN COURT
ON 5/19/15 SWT
Ju... Johnston, Clerk
District Court
... District of NC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## NO. 5:13-CR-248-FL

UNITED STATES OF AMERICA

v.

AMADOU NDIEYE SALL

### ORDER

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 48 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the ___ day of _____, 2015.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Court Judge